**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DAETRIAUN/LOYALTY JONES/DICKERSON** **PLAINTIFF**
**ADC #179465**

**v.** **Case No. 4:25-cv-00969-KGB**

**MICHEAL RICHARDSON, et al.** **DEFENDANTS**

**ORDER**

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 23). Plaintiff Daetriaun/Loyalty Jones/Dickerson has not filed objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. Therefore, the Court grants defendants' motion for summary judgment, and the Court dismisses without prejudice plaintiff's claims against defendants Micheal Richardson, Gary Musselwhite, Latoya Johnson, and Shanita Gunn due to plaintiff's failure to exhaust available administrative remedies (Dkt. No. 16).

It is so ordered this 22nd day of October, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge